UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: GRAND JURY INVESTIGATIONS,
CASE NO. 4:20-CR-20599
_____/

## Index of Exhibits

| | |
|---|---|
| 1. | Defendants' Answer and Affirmative and Other Defenses |
| 2. | Defendants' Notice of Nonparties at Fault |

MJ_ND 4899-7549-2483v1