UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARNER NORCROSS & JUDD, LLP, et al.,

      Petitioners,                        Case No. 25-mc-51493
                                                Hon. Matthew F. Leitman

IN RE: GRAND JURY INVESTIGATIONS,
CASE NO. 4:20-CR-20599

_____/

### ORDER GRANTING PETITION FOR DISCLOSURE
### OF GRAND JURY TRANSCRIPTS

This matter having come before the Court upon Warner Norcross + Judd, Brian P. Lennon, and Scott R. Carvo's (collectively, "Petitioners") Petition for Disclosure of Grand Jury Transcripts. (ECF No. 01),

**IT IS HEREBY ORDERED** that the Petition for Disclosure of Grand Jury Transcripts is **GRANTED**, subject to the following measures:

1. The government will disclose to Petitioners the grand jury transcripts related to the Second and Third Superseding Indictments in case number 4:20-CR-20599 (E.D. Mich.), subject to redactions by the government of certain information related to uncharged individuals and of non-relevant portions of the transcripts;

2.  If Petitioners have a concern with the redactions made by the government, then the government and Petitioners will meet and confer to try to resolve the issue. If Petitioners and the government are unable to resolve the issue, then the parties will move the Court to review the redactions *in camera* and decide whether to unseal the redacted information; and

3.  Disclosure of the grand jury transcripts is permitted only to the parties in case number 25-005034-NM (Wayne County Cir. Ct. 2025), their attorneys, the judge and court personnel involved in adjudicating the case, the expert witnesses involved in the case, and the facilitative mediator selected by the parties.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 10, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 10, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2

MJ_ND 4898-8152-9741v1